Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, MC-LAUGHLIN and ANDREWS, JJ. Dissenting: POUND and CRANE, JJ.

---

In the Matter of the Application of the INTEROCEAN MERCANTILE CORPORATION, Respondent, for the Appointment of an Arbitrator.

HERMAN W. HOOPS et al., Appellants.

*Practice — arbitration — motion for commission to take testimony without the state denied.*

*Matter of Interocean Mercantile Corporation,* 204 App. Div. 284, affirmed.

(Argued May 29, 1923; decided June 12, 1923.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1923, which reversed an order of Special Term granting a motion for a commission to take testimony without the state and denied said motion. The following question was certified: " Has the Supreme Court of the state of New York power to direct by order that a commission issue to take the testimony, upon interrogatories and cross interrogatories annexed thereto, of witnesses outside the state of New York, for use in an arbitration proceeding, directed by the order of the said Supreme Court, in which an arbitrator was appointed by the said court on the application of one of the parties to a written contract which provided that differences thereunder should be determined by arbitration, but which said contract was not acknowledged or proved as required by section 1449 of the Civil Practice Act."

*Francis X. Carmody* and *Samuel Sculnick* for appellants.
*Richard Krause* and *Edwin J. Johnson* for respondent.

Order affirmed, with costs; question certified answered in the negative; no opinion.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Mc-Laughlin and Andrews, JJ.   Dissenting: Pound and Crane, JJ.

---

Marie Wagner, Appellant, v. Charles H. Thieriot, Individually and as Executor of Otto Wagner, Deceased, Respondent.

*Insurance — decedent's estate — beneficiary named in policy of life insurance may not recover from estate of insured the amount of loans made to insured in his lifetime by insurer on security of policy and deducted from amount paid to beneficiary upon his death.*

*Wagner* v. *Thieriot*, 203 App. Div. 757, affirmed.
(Submitted May 29, 1923; decided June 12, 1923.)

Appeal, by permission, from a judgment of the Appellant Division of the Supreme Court in the first judicial department, entered January 3, 1923, unanimously affirming a judgment in favor of defendant entered upon an order of Special Term granting a motion for judgment on the pleadings.  The defendant's decedent during his lifetime took out two policies of life insurance naming his widow, the plaintiff herein, as beneficiary.   In making settlement upon his death the insurers deducted the amount of certain loans made to insured in his lifetime upon the security of the policies.   In this action the plaintiff beneficiary seeks to recover from the decedent's estate the amounts so deducted on the theory that they constituted an indebtedness of the decedent which should be paid out of his estate and not out of moneys due to her as beneficiary named in the policies.

*Gustav Lange, Jr.*, for appellant.
*Victor E. Whitlock* for respondent.

Judgment affirmed, with costs, on opinion of Merrell, J., below.

Concur: Hiscock, Ch. J., Hogan, Cardozo, Pound, McLaughlin, Crane and Andrews, JJ.